# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| **NORMAN E. DICKINSON,** ) | |
| ) | |
| **Plaintiff** ) | |
| v. ) | Civil No.   06-47-P-S |
| ) | |
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Defendant** ) | |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (Docket No. 9) filed May 30, 2006, the Recommended Decision is <u>AFFIRMED</u>.

Accordingly, it is <u>ORDERED</u> that the United States' Motions to Dismiss (Docket No. 6) is <u>GRANTED</u>.  The 28 U.S.C. §2254 motion for relief is <u>DENIED</u>.

       /s/ George Z. Singal
Chief United States District Judge

Dated this 21st day of June, 2006.